**Orion A. Woodson and Sarah M. Carver, appellees, v. Wabash Railway Company, appellant.**

Action for injury to crops due to an overflow caused by defendant's negligence.   Judgment for plaintiff.   Appeal from the Circuit

Court of Scott county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922.

Bellatti, Bellatti & Moriarty, for appellant; N. S. Brown and L. H. Strasser, of counsel. Funk & McKeene, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.